## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:07-cv-02333 |
| FHI HEAT, INC., | § § § | |
| Defendant. | § | |

### ORDER

The Court has considered Plaintiff Farouk Systems, Inc.'s Plaintiff Farouk Systems, Inc.'s Motion to Strike Defendant's Affirmative Defense of Unclean Hands, and any response or argument thereto, and is of the opinion that the motion should be granted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff Farouk Systems, Inc.'s Motion to Strike Defendant's Affirmative Defense of Unclean Hands is GRANTED.

IT IS FURTHER ORDERED that the testimony of the affirmative defense of unclean hands plead by Defendant FHI Heat, Inc. in this action is stricken.

SIGNED this _____ day of April, 2008 at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT COURT JUDGE